**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BURNETTE CASTINGS COMPANY, Respondent.**

No. 10868.

United States Court of Appeals
Sixth Circuit.

Oct. 19, 1949.

Robert N. Denham, Washington, D. C., Wm. O. Murdock, Washington, D. C., for petitioner.

Fyffe & Clarke, John Harrington, Chicago, Ill., for respondent.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard on the petition of the National Labor Relations Board for enforcement of its order;

And no appearance having been made by the respondent at the hearing and no brief having been filed on its behalf; and it appearing that the findings of the Board with respect to the questions of fact are supported by substantial evidence on the record considered as a whole, and that the conclusions of law drawn therefrom are not erroneous;

It is ordered that the petition of the National Labor Relations Board for enforcement of its order be granted and said order be enforced.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. GIBSON COUNTY ELECTRIC MEMBERSHIP CORPORATION, Respondent.**

No. 10866.

United States Court of Appeals
Sixth Circuit.

Oct. 18, 1949.

Robt. N. Denham, Washington, D. C., T. Lowry Whittaker, Washington, D. C., for petitioner.

J. Frank Warmath, Humboldt, Tenn., James O. Coates, of Dinsmore, Shohl, Sawyer & Dinsmore, Cincinnati, Ohio, for respondent.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel.

And it appearing that the record presents primarily questions of fact, and that the findings of the National Labor Relations Board are supported by substantial evidence on the record considered as a whole. Title 29, § 160.(e), U.S.C.A.:

It is ordered that the order of the Board be enforced as prayed in the petition.